SILVER FLEET MOTOR EXPRESS, Inc., Appellant, v. Rice HOLLINGSWORTH, Appellee.

No. 8660.

Circuit Court of Appeals, Sixth Circuit.

May 12, 1941.

Keenon & Kessinger, of Lexington, Ky., and Logan E. Patterson, of Pineville, Ky., for appellant.

E. B. Wilson and Golden & Lay, all of Pineville, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Upon consideration of the record, briefs and argument in the above cause tried to the court without a jury, and it being the view of the court that there was substantial evidence to sustain the findings of the District Judge, that the findings support the judgment and that there was no error in the trial, it is ordered that the judgment below be and it is hereby affirmed.

---

James I. D. STRAUS, Indenture Trustee, Appellant, v. Wallace O. LINE, Trustee for Debtor; Whitmore Plaza Corporation, Debtor; and Securities and Exchange Commission, Appellee.

No. 8888.

Circuit Court of Appeals, Sixth Circuit.

May 13, 1941.

George E. Brand, of Detroit, Mich., for appellant.

Armstrong, Weadock, Essery & Helm, Miller, Baldwin & Boos, and Yerkes, Goddard & McClintock, all of Detroit, Mich., Joseph L. Weiner and Robert H. Winn, both of Washington, D. C., and C. J. Odenweller, Jr., of Cleveland, Ohio, for appellees.

Before HICKS, SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that this appeal be and the same is hereby dismissed pursuant to stipulation of counsel.

---

J. O. SPAULDING, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 9856.

Circuit Court of Appeals, Fifth Circuit.

May 28, 1941.

J. O. Spaulding, in pro. per., for appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

---

Harold A. STRICKLAND and Mary P. Strickland v. COMMISSIONER OF INTERNAL REVENUE.

No. 8584.

Circuit Court of Appeals, Sixth Circuit.

May 10, 1941.

William J. Murray, of Detroit, Mich., for petitioners.

Samuel O. Clark, Jr., J. P. Wenchel, and Sewall Key, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed, pursuant to motion of petitioners.